Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
JEREMY C. LUCHA, JAMES A. RUSSELL, VICTOR GALINDO,
VICTOR CABELLO, MATTHEW NEILL, and VICENTE CLEMENTE

John L. Burris, SBN 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Tel:   (510) 839-5200
Fax:   (510) 839-3882

Gayla B. Libet, SBN 109173
Law Offices of Gayla B. Libet
486 – 41st Street, Suite 3
Oakland, California 94609
Tel/Fax:   510-420-0324

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BILLY J. HATCHER, | Case No.: C09-01650 TEH (MEJ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | |
| COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; JEREMY C. LUCHA; JAMES A. RUSSELL; VICTOR GALINDO; VICTOR CABELLO; MATTHEW NEILL; and VICENTE CLEMENTE; individually and in their capacity as deputy sheriff's for COUNTY OF ALAMEDA; and DOES 1-25, inclusive, | |
| Defendants. | |

1  A scheduling conflict has arisen which will prevent Defendants from participating in the
2  March 29, 2010 Settlement Conference before Chief Magistrate Judge Maria-Elena James. The
3  Parties have met and conferred, and stipulate to postponing the Settlement Conference to a later
4  date.
5  After conferring with Judge James's scheduling clerk, the Parties request the Court's
6  approval to reschedule the Settlement Conference before Judge James to Monday,
7  April 26, 2010, at 2:00 p.m.
8  Pursuant to this change, the Parties also request that the next Case Management
9  Conference, currently scheduled for April 12, 2010, at 1:30 p.m., be continued to a date
10 following the Settlement Conference. The Parties have been cooperating while completing
11 discovery. Accordingly, scheduling the Case Management Conference after the Settlement
12 Conference will likely be a more productive use of the Court's time.
13 IT IS SO STIPULATED.

14 Dated: March 2, 2010        LAW OFFICES OF JOHN L. BURRIS

16                              By: _____
17                                  John L. Burris
                                    Attorneys For Plaintiff

18 Dated: March 2, 2010        HAAPALA, THOMPSON & ABERN, LLP

20                              By:  /s/ Benjamin Thompson
                                     Benjamin A. Thompson
21                                   Attorneys For Defendants

22                              **ORDER**

23 PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO
24 ORDERED. The case management conference is continued to Monday, 05/17/10 at 1:30 PM.
   A joint case management statement shall be filed by 05/10/10.
25 Dated: 03/03/10

27                              Honorable Thelton E. Henderson
                                United States District



2

*Hatcher v. County of Alameda, et al./Case #C09-01650 TEH (MEJ)*
Stipulation And [Proposed] Order To Continue Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570