Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:     510-763-2324
Fax:    510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
JEREMY C. LUCHA, JAMES A. RUSSELL, VICTOR GALINDO,
VICTOR CABELLO, MATTHEW NEILL, and VICENTE CLEMENTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BILLY J. HATCHER,<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; JEREMY C. LUCHA; JAMES A. RUSSELL; VICTOR GALINDO; VICTOR CABELLO; MATTHEW NEILL; and VICENTE CLEMENTE; individually and in their capacity as deputy sheriff's for COUNTY OF ALAMEDA; and DOES 1-25, inclusive,<br><br>   Defendants. | Case No.: C09-01650 TEH (MEJ)<br><br>[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT APRIL 26, 2010 SETTLEMENT CONFERENCE |

Defendants GREGORY J. AHERN, JEREMY C. LUCHA, JAMES A. RUSSELL, VICTOR GALINDO, VICTOR CABELLO, MATTHEW NEILL, and VICENTE CLEMENTE have requested to be excused from personally attending the April 26, 2010 settlement conference, or from being available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

The request by defendants GREGORY J. AHERN, JEREMY C. LUCHA, JAMES A. RUSSELL, VICTOR GALINDO, VICTOR CABELLO, MATTHEW NEILL, and VICENTE

1

*Hatcher v. County of Alameda, et al.*/Case #C09-01650 TEH
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing In Person Or By Telephone At April 26, 2010 Settlement Conference

1  CLEMENTE to be excused from the conference is hereby granted.

2  Dated: April 13, 2010

3  _____

4  Magistrate Judge Maria-Elena James



Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Hatcher v. County of Alameda, et al.*/Case #C09-01650 TEH
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing In Person Or By Telephone At April 26, 2010 Settlement Conference