UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BILLY J. HATCHER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; JEREMY C. LUCHA; JAMES A. RUSSELL; VICTOR GALINDO; VICTOR CABELLO; MATTHEW NEILL; and VICENTE CLEMENTE; individually and in their capacity as deputy sheriff's for COUNTY OF ALAMEDA; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No.: C09-01650 TEH (MEJ)<br><br>[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE |

Counsel for plaintiff and defendants have advised the Court that they have agreed on an alternative Settlement Conference date.

**ORDER**

The Court having considered the parties' request, the Settlement Conference now scheduled for January 14, 2011, is ordered continued to **Wednesday, January 26, 2011**, at 10:00 a.m., in the chambers of the Honorable Maria-Elena James, 450 Golden Gate Avenue, San Francisco, California.

Dated: October 15, 2010

_____
Magistrate Judge Maria-Elena James

IT IS SO ORDERED
Judge Maria-Elena James