United States District Court
For the Northern District of California

1

2                 IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6    BILLY J. HATCHER,                        NO. C09-1650 TEH

7                        Plaintiff,           ORDER CONTINUING
                                              DEFENDANTS' MOTION FOR
8              v.                             SUMMARY JUDGMENT

9    COUNTY OF ALAMEDA, et al.,

10                       Defendants.

11

12          Defendants' motion for summary judgment is currently scheduled for hearing on

13   March 14, 2011.  Plaintiff filed – but did not electronically file – a timely opposition, which

14   the Court has now reviewed.

15          Although the exhibits to the declaration of Gayla Libet are voluminous, the opposition

16   brief fails to contain any pinpoint citations to those exhibits.  This is in violation of Federal

17   Rule of Civil Procedure 56, which requires that, "[a] party asserting that a fact . . . is

18   genuinely disputed must support the assertion by . . . *citing to particular parts of materials in*

19   *the record*, including depositions, documents, electronically stored information, affidavits or

20   declarations, stipulations (including those made for purposes of the motion only), admissions,

21   interrogatory answers, or other materials."  Fed. R. Civ. P. 56(c)(1)(A) (emphasis added).  A

22   district court presented with a summary judgment motion "need not examine the entire file

23   for evidence establishing a genuine issue of fact, where the evidence is not set forth in the

24   opposing papers with adequate references so that it could conveniently be found."  *Carmen v.*

25   *San Francisco Sch. Dist.*, 237 F.3d 1026, 1031 (9th Cir. 2001).

26          Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

27          1.  Plaintiff shall file an amended opposition brief that includes specific citations to

28   the record, including exhibit and page numbers.

United States District Court

For the Northern District of California

2.  The amended opposition shall be electronically filed on or before **March 4, 2011.**
Plaintiff shall also electronically file the declaration of Gayla Libet, with exhibits, by the
same date.  The Court will waive the requirement that Plaintiff submit another chambers
copy of the declaration of Gayla Libet and its attached exhibits, but Plaintiff must timely
submit a chambers copy of the amended opposition.

3.  Defendants shall file a reply on or before **March 14, 2011.**

4.  The hearing on Defendants' motion shall be continued to **March 28, 2011, at
10:00 AM.**

**IT IS SO ORDERED.**

Dated:   02/24/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2