Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
JEREMY C. LUCHA, JAMES A. RUSSELL, VICTOR GALINDO,
VICTOR CABELLO, MATTHEW NEILL, and VICENTE CLEMENTE

John L. Burris, Esq. SBN 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Tel:   (510) 839-5200
Fax:   (510) 839-3882

Gayla B. Libet, Esq. SBN 109173
Law Offices of Gayla B. Libet
486 – 41st Street, Suite 3
Oakland, California 94609
Tel/Fax:   510-420-0324

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BILLY J. HATCHER, | Case No.: C09-01650 TEH |
| Plaintiff, | **STIPULATION OF THE PARTIES AND ORDER THEREON TO SEAL CONFIDENTIAL EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; JEREMY C. LUCHA; JAMES A. RUSSELL; VICTOR GALINDO; VICTOR CABELLO; MATTHEW NEILL; and VICENTE CLEMENTE; individually and in their capacity as deputy sheriff's for COUNTY OF ALAMEDA; and DOES 1-25, inclusive, | |
| Defendants. | |

/

1

Plaintiff, BILLY HATCHER, through his counsel of record Gayla B. Libet, Esq. of Law Offices of Gayla B. Libet, and Defendants JEREMY C. LUCHA, JAMES A. RUSSELL, VICTOR GALINDO, VICTOR CABELLO, and MATTHEW NEILL, through their counsel of record Benjamin Thompson, of Haapala, Thompson, & Abern, LLP, stipulate that the following exhibits filed on March 7, 2011 in support of Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment are marked as confidential.  These confidential documents were the subject of a Court Protective Order requiring they be filed under seal.  To protect these confidential records, the parties agree that the following documents should be sealed in the court record.

Documents to be sealed are:

1.  Exhibit 1 to Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment, consisting of a 9 page document containing copies of photographs.

2.  Exhibit 3 to Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment, consisting of a 6 page group of Alameda County Sheriff's Office documents.

3.  Exhibit 4 to Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment, consisting of a 55 page Alameda County Sheriff's Office document.

4.  Exhibit 9 to Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment, consisting of a 22 page group of Alameda County Sheriff's Office documents.

The parties agree that this stipulation does not prevent either party from presenting motions in limine on the above referenced materials.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 7, 2011            LAW OFFICES OF GAYLA B. LIBET

By:   */s/ Gayla B. Libet
      Gayla B. Libet, Esq.
      Attorneys For Plaintiff
      *Ms. Libet provided her verbal consent that
      this document be electronically filed.

/

/

*Hatcher v. County of Alameda, et al./*Case #C09-01650 TEH
Stipulation Of The Parties And Order Thereon To Seal Confidential Exhibits Filed In Support Of Plaintiff's Amended Opposition To Defendants' Motion For Summary Judgment

1 | Dated: April 7, 2011                    HAAPALA, THOMPSON & ABERN, LLP

3 | By: /s/ Benjamin Thompson
4 |         Benjamin A. Thompson
         Attorneys For Defendants

**ORDER**

The Court having considered the Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that Exhibit 1 to Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment, consisting of a 9 page document containing copies of photographs, Exhibit 3 to Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment, consisting of a 6 page group of Alameda County Sheriff's Office documents, Exhibit 4 to Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment, consisting of a 55 page Alameda County Sheriff's Office document, and Exhibit 9 to Plaintiff's Amended Opposition to Defendants' Motion for Summary Judgment, consisting of a 22 page group of Alameda County Sheriff's Office documents, shall be sealed in the Court's records and permanently removed from ECF.

Dated: 04/11/2011



_____
Hon. Thelton E. Henderson
United States District Judge

3

*Hatcher v. County of Alameda, et al./*Case #C09-01650 TEH
Stipulation Of The Parties And Order Thereon To Seal Confidential Exhibits Filed In Support Of Plaintiff's Amended Opposition To Defendants' Motion For Summary Judgment

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570