Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
JEREMY C. LUCHA, JAMES A. RUSSELL, VICTOR GALINDO,
VICTOR CABELLO, MATTHEW NEILL, and VICENTE CLEMENTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BILLY J. HATCHER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; JEREMY C. LUCHA; JAMES A. RUSSELL; VICTOR GALINDO; VICTOR CABELLO; MATTHEW NEILL; and VICENTE CLEMENTE; individually and in their capacity as deputy sheriff's for COUNTY OF ALAMEDA; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No.: C09-01650 TEH<br><br>[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO BRING EQUIPMENT IN COURTROOM DURING TRIAL PROCEEDINGS<br><br>Trial Date:   June 7, 2011 |

Pursuant to the parties' request, it is hereby ordered that the parties are permitted to bring into the courtroom the below-listed technological equipment, for use during the trial in the above-referenced matter:

　　Laptop computers (2);

　　Projectors (2) and accompanying cables;

　　Overhead Screen;

　　Extension Cord; and

　　Easel.

Dated: June 6, 2011

_____
Judge Thelton E. Henderson

*Hatcher v. County of Alameda, et al.*/Case #C09-01650 TEH
[Proposed] Order Granting Parties' Request To Bring Equipment In Courtroom During Trial Proceedings

1