IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLY J. HATCHER,

    Plaintiff,

v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

NO. C09-1650 TEH

ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

After the close of evidence, Defendants moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50. The Court took the motion under submission and submitted the entire case to the jury. On June 16, 2011, the jury returned a verdict in favor of Defendants on all questions. Accordingly, Defendants' motion for judgment as a matter of law is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: 06/20/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT