IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLY J. HATCHER,

              Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

              Defendants.

NO. C09-1650 TEH

ORDER SETTING BRIEFING SCHEDULE

On June 30, 2011, this Court issued an order concerning a letter it received from a juror. Plaintiff filed a response on July 13, 2011 requesting an evidentiary hearing. IT IS HEREBY ORDERED that Defendants shall file an opposition or statement of non-opposition to the request on or before **July 28, 2011,** and Plaintiff shall file a reply on or before **August 4, 2011.** The matter shall then be deemed submitted on the papers unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 07/14/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT