Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN, JEREMY C. LUCHA, JAMES A. RUSSELL, VICTOR GALINDO, VICTOR CABELLO, MATTHEW NEILL, and VICENTE CLEMENTE

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BILLY J. HATCHER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff for COUNTY OF ALAMEDA; JEREMY C. LUCHA; JAMES A. RUSSELL; VICTOR GALINDO; VICTOR CABELLO; MATTHEW NEILL; and VICENTE CLEMENTE; individually and in their capacity as deputy sheriff's for COUNTY OF ALAMEDA; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: C09-01650 TEH<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF** |

This case was tried to a jury with Judge Thelton E. Henderson presiding, and the jury has rendered a verdict in favor of defendants VICTOR CABELLO, VICTOR GALINDO, JEREMY C. LUCHA, MATTHEW NEILL, and JAMES A. RUSSELL.

Accordingly, **IT IS HEREBY ORDERED:**

1. The District Court Clerk is directed to enter judgment in favor of said defendants. Plaintiff shall recover nothing, the action is dismissed on the merits, and defendants shall recover costs from plaintiff.

/

/

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this order and to provide copies to counsel.

Dated: 10/05/2011

UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

APPROVED AS TO FORM:

LAW OFFICES OF JOHN L. BURRIS

By: */s/ John L. Burris `
John L. Burris
Attorneys For Plaintiff
*Mr. Burris provided his consent that this document be electronically filed.

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570